UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMMAD CHAUDHRY,

     Plaintiff,

     v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al*.,

     Defendants.

Case No. 2:19-cv-01097-RAJ

ORDER

## I.   INTRODUCTION

This matter is before the Court on Plaintiff's motions for sanctions. Dkt. # 10. For the reasons below, the motion is **DENIED**.

## II.   BACKGROUND

Plaintiff is a veteran and alleges that he has been a lawful permanent resident of the United States since April 2001. Dkt. # 1. He brings this action claiming that Defendants have unlawfully and unreasonably delayed adjudication of his applications in violation of the APA. On November 13, 2019, Plaintiff filed a motion for sanctions claiming that he did not receive a copy of Defendants' "Response to Plaintiff's FRCP 26(f) Conference and Defendants' Request for Extension," filed on August 19, 2019. Dkt. # 10.

## III.   DISCUSSION

The court has inherent power to sanction parties or their attorneys for improper conduct. *Chambers v. Nasco, Inc.*, 501 U.S. 32, 43-46 (1991); *Roadway Express, Inc. v.*

ORDER – 1

*Piper*, 447 U.S. 752, 766 (1980); *Fink v. Gomez*, 239 F.3d 989, 991 (9th Cir. 2001). The imposition of sanctions under the court's inherent authority is discretionary. *Air Separation, Inc. v. Underwriters at Lloyd's of London*, 45 F.3d 288, 291 (9th Cir. 1995). The court's "inherent power 'extends to a full range of litigation abuses.' " *Fink*, 239 F.3d at 992 (quoting *Chambers*, 501 U.S. at 46-47). However, in order to sanction a litigant under the court's inherent powers, the court must make a specific finding of "bad faith or conduct tantamount to bad faith." *Fink*, 239 F.3d at 994.

Plaintiff complains that Defendants failed to properly serve their initial disclosures and caused Plaintiff suffering in the amount of $3,900. However, upon review of the record, the Court finds no semblance of bad faith in Defendants' conduct. Defendants accepted Plaintiff's representation that he did not receive the Response and resent him a copy August 28, 2019. The Court declines to impose sanctions and **DENIES** Plaintiff's motion.

## IV.  CONCLUSION

For the reasons stated above, the Court **DENIES** Plaintiff's motion.

DATED this 27th day of November, 2019.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2